

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Pinto, an individual<br><br>Plaintiff,<br><br>V.<br><br>Noventis Inc. A Delaware Corporation;<br>DOES 1 through 10 inclusive<br><br>Defendant. | Civil Action No. 18cv0448-JLS-BGS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Consent Permanent Injunction is entered on behalf of the parties as stipulated.

Date: 3/29/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Lozano
M. Lozano, Deputy